**Order entered November 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00478-CR
No. 05-13-00479-CR

**VALENTIN JUNIOR HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-61625-H, F12-61626-H**

## ORDER

The Court **REINSTATES** the appeals.

On October 11, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 13, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the October 11, 2013 order requiring findings.

In reviewing the record, we note the court reporter did not file State's Exhibit no. 13, a DVD. Accordingly, we **ORDER** Crystal Jones, official court reporter of the Criminal District Court No. 1, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 13.

Appellant's brief is due within forty-five days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Crystal Jones, official court reporter, Criminal District Court No. 1, and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE